ALVERSON, TAYLOR, MORTENSEN & SANDERS
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
JENNIFER MICHELI, ESQ.
Nevada Bar No. 011210
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
384-7000
FAX: 385-7000
E-Mail: efile@alversontaylor.com
Attorneys for DEFENDANTS
    Ramsey and Associates;
    Dennis Ramsey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>PETER MARIO BALLE, D.C., SEBASTIAN P. BALLE, M.D., ARTHUR ROSSI, D.C., RICHARD CHARETTE, ELITER ATL, LLC., ACCIDENT INJURY MEDICAL CENTER, INC., ACCIDENT TRIAL LAWYERS, LLC., ACCIDENT TRIAL LAWYERS, INC., REAL TIME MARKETING, INC., EXPERT MANAGEMENT, INC., ANDREW TAYLOR, RAMSEY AND ASSOCIATES, INC., and DENNIS RAMSEY,<br><br>    Defendants. | CASE NO.:<br>2:10-cv-02205-KJD-GWF<br><br>**SUBSTITUTION OF ATTORNEYS** |

1

Defendants Ramsey and Associates and Dennis Ramsey hereby substitutes the firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS as attorneys of record in this matter, in the place and stead of the law firm of HAND PAGE SULLIVAN MARTIN, LLC.

DATED this 24th day of March, 2011.

_____
Dennis Ramsey, individually and on behalf
of Ramsey and Associates

The law firm of HAND PAGE SULLIVAN MARTIN, LLC hereby agrees and consents to the substitution of the firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS as the attorneys of record for Ramsey and Associates and Dennis Ramsey in this matter.

DATED this 23 day of March, 2011.

HAND PAGE SULLIVAN MARTIN, LLC

_____
David Martin, Esq.
Nevada Bar No. 9117
3443 North Buffalo Drive
Las Vegas, NV 89129
702-656-5814
FAX: 702-656-9820
E-Mail: rsullivan@bhpslaw.com
Attorneys for DEFENDANTS

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

#19221 - DJM

The firm of ALVERSON, TAYLOR, MORTENSEN & SANDERS hereby accepts substitution as attorneys of record for Ramsey and Associates and Dennis Ramsey in this matter.

DATED this 23 day of March, 2011.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

_____
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
7401 West Charleston Boulevard
Las Vegas, Nevada 89117-1401

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:   March 25, 2011**

3

#19221 - DJM

**CERTIFICATE OF SERVICE VIA CM/ECF**

      I hereby certify that on this 24th day of March, 2011, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **SUBSTITUTION O F ATTORNEYS** addressed to:

Bruce W. Kelley, Esq.
Nevada Bar No. 007331
Eron Z. Cannon, Esq.
Nevada Bar No. 008013
McCORMICK BARSTOW, LLP
8337 West Sunset Road, #350
Las Vegas, NV  89113
702-949-1100
FAX: 702-949-1101
E-Mail: bruce.kelley@mccormickbarstow.com
E-Mail: eron.cannon@mccormickbarstow.com
Attorneys for PLAINTIFFS

J. Mitchell Cobeaga, Esq.
Nevada Bar No.
THE COBEAGA LAW FIRM
550 East Charleston Boulevard, #D
Las Vegas, NV  89104
702-240-2499
E-Mail: mcobeaga@cotomlaw.com
Attorneys for DEFENDANT
    Arthur Rossi, D.C.

Joseph P. Garin, Esq.
Nevada Bar No.
LIPSON NEILSON COLE SELTZER & GARIN, P.C.
9080 West Post road, #100
Las Vegas, NV  89148-2419
702-382-1500
FAX: 702-382-1512
E-Mail: jgarin@lipsonneilson.com
Attorneys for DEFENDANT
    Accident Trial Lawyers, LLC

Cory J. Hilton, Esq.
Nevada Bar No.
HILTON ENGLISH & ASSOCIATES
5545 South Mountain Vista Street, #E
Las Vegas, NV  89129
702-384-8000
FAX: 702-384-8200
E-Mail: general@hiltonenglishlaw.com
Attorneys for DEFENDANT
    Peter Mario Balle, D.C.

. . .

. . .

#19221 - DJM

|   |   |
|---|---|
| 1 | Karen H. Ross, Esq. |
|   | Nevada Bar No. |
| 2 | THE LAW OFFICE OF KAREN H. ROSS |
|   | 9480 South Eastern Avenue, #220 |
| 3 | Las Vegas, NV  89123 |
|   | 702-485-4152 |
| 4 | FAX: 702-485-4125 |
|   | E-Mail: karenross@khrlawgroup.com |
| 5 | Attorneys for DEFENDANT |
|   |     Accident Injury Medical Center, Inc. |

Robert E. Sullivan, Esq.
Nevada Bar No.
HAND PAGE SULLIVAN MARTIN, LLC
3443 North Buffalo Drive
Las Vegas, NV   89129
702-656-5814
FAX: 702-656-9820
E-Mail: rsullivan@bhpslaw.com
Attorneys for DEFENDANTS
    Ramsey and Associates, Inc.;
    Dennis Ramsey

*[signature]*
Employee of Alverson Taylor
Mortensen & Sanders

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

5

#19221 - DJM