# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al.*, | |
| Plaintiffs, | Case No.  2:10-cv-02205-KJD-GWF |
| vs. | **ORDER OF RECUSAL** |
| PETER MARIO BALLE, D.C., *et al.*, | |
| Defendants. | |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 2nd day of April, 2012.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE