# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, *et al.*,

        Plaintiffs,

vs.

PETER MARIO BALLE, D.C., *et al.*,

        Defendants.

Case No.  2:10-cv-02205-KJD-GWF

**ORDER OF RECUSAL**

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 2nd day of April, 2012.

                                    */s/ George Foley, Jr.*
                                    GEORGE FOLEY, JR.
                                    U.S. MAGISTRATE JUDGE