# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, *et al.*,

    Plaintiffs,

vs.

PETER MARIO BALLE, D.C., *et al.*,

    Defendants.

Case No. 2:10-cv-02205-KJD-GWF

**AMENDED ORDER OF RECUSAL**

    The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a). The specific reason for recusal is that the undersigned judge's daughter has become an employee of the law firm that represents Defendant Ramsey and Associates, Inc. and works under the supervision of the defense counsel handling this matter.

    Based on the foregoing and good cause appearing therefor,

    **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

    DATED this 2nd day of April, 2012.

*/s/ George Foley, Jr.*
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE