UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, *et al*., | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-2205-KJD-RJJ |
| vs. | ) ) ) | |
| PETER MARIO BALLE, D.C., SEBASTIAN P. BALLE, M.D., ARTHUR ROSSI, D.C., RICHARD CHARETTE, ELITE ATL, LLC,. ACCIDENT INJURY MEDICAL CENTER, INC., | ) ) ) ) ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the Court on Plaintiff's Motion For Leave of Court For Allstate to Take Deposition of Richard Charette (#112).

The Court having reviewed the Motion (#112) and the file herein makes the following findings:

1.    Richard Charette is a defendant in this case and is currently incarcerated at the Federal Prison Camp in Montgomery, Alabama.

2.    Testimony of Richard Charette is necessary.

3.    Defendant has filed no response to the motion.  Consequently, pursuant to Local Rule 7-2(d), Defendant consents to the granting of said motion.

Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion For Leave of Court For Allstate to Take Deposition of Richard Charette (#112)  is **GRANTED**.

1    IT IS FURTHER ORDERED that the deposition of Richard Charette shall be noticed and

2  taken at the institution where Mr. Charette is incarcerated.

3    DATED this __14th__ day of June, 2012.

4

5

6    _____
     ROBERT J. JOHNSTON
7    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28