LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN (Bar No. 6653)
SHANNON D. NORDSTROM (Bar No. 8211)
DANIELLE A. KOLKOSKI (Bar No. 8506)
9080 W. Post Road, Suite 100
Las Vegas, Nevada 89148
(702)382-1500 Phone
(702) 382-1512 Facsimile
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com
dkolkoski@lipsonneilson.com

Attorneys for Defendants Andrew Taylor and
Accident Trial Lawyers, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,

    Plaintiffs,

vs.

PETER MARIO BALLE, D.C.,
SEBASTIAN P. BALLE, M.D., ARTHUR
ROSSI, D.C., RICHARD CHARETTE,
ELITE ATL, LLC., ACCIDENT INJURY
MEDICAL CENTER, INC., ACCIDENT
TRIAL LAWYERS, LLC, ACCIDENT TRIAL
LAWYERS, INC., REAL TIME
MARKETING, INC., EXPERT
MANAGEMENT, INC., ANDREW TAYLOR,
RAMSEY AND ASSOCIATES, INC., and
DENNIS RAMSEY,

    Defendants.

CASE NO.: 2:10-cv-02205

**REQUEST FOR EXCEPTION TO
PERSONAL ATTENDANCE AT
SETTLEMENT CONFERENCE**

DATE:  October 11, 2012
TIME:  1:30 p.m.

Andrew Taylor and Accident Trial Lawyers, LLC (collectively "Defendants"), by and through their counsel of record, LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C., hereby submit their Request for Exception to the Personal Attendance Requirement at the Settlement Conference scheduled for October 11, 2012.

/ / /

Liberty International Underwriters currently provides for the Defendants' defense in this matter, subject to a $500,000.00 aggregate depleting limits policy. The Claims Handler assigned to this case on behalf of Liberty International Underwriters is Dorthy Watkins, who works out of the New York, New York office. Due to (1) Ms. Watkins' location and expense associated with her travel, (2) the depleting insurance policy, and (3) Defendants desire to preserve funds for resolution, the Defendants respectfully requests that Ms. Watkins be permitted to attend the Settlement Conference scheduled for October 11, 2012 at 1:30 p.m., by telephone. Ms. Watkins will be available by telephone for the duration of the settlement conference, and will participate in good faith.

Counsel for Defendants, as well as Defendant Andrew Taylor will attend the Settlement Conference in person and able to communicate with Ms. Watkins as needed.

DATED this 18 day of September, 2012.

LIPSON, NEILSON, COLE, SELTZER & GARIN P.C.

By: _____
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN (Bar No. 6653)
SHANNON D. NORDSTROM (Bar No. 8211)
DANIELLE A. KOLKOSKI (Bar No. 8506)
9080 W. Post Road, Suite 100
Las Vegas, Nevada 89148
(702)382-1500 Phone
(702) 382-1512 Facsimile
snordstrom@lipsonneilson.com
dkolkoski@lipsonneilson.com
skeim@limpsonneilson.com
Attorneys for Defendants Andrew Taylor and Accident Trial Lawyers, LLC

2:10-CV-02205-KJD-RJJ
Allstate Insurance Company et al. vs. Andrew Taylor et al..

### ORDER

IT IS HEREBY ORDERED that:

1. Dorothy Watkins, the Liberty International Underwriters claims handler assigned to this matter, is hereby excused from personal attendance for the Settlement Conference on October 11, 2012 at 1:30 p.m.; and

2. Ms. Watkins will attend by telephone and will be available during the duration of the settlement conference.

IT IS SO ORDERED.

DATED October 4, 2012

_____
U.S. MAGISTRATE JUDGE

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

- 3 -

## CERTIFICATE OF SERVICE

Service of the foregoing **REQUEST FOR EXCEPTION TO PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** was made upon each party in the case who is registered as an electronic case filing user with the Clerk, pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as follows:

Bruce W. Kelley, Esq
ATKIN WINNER & SHERROD
1117 S. Rancho Dr.
Las Vegas, NV 89102
bkelley@awslawyers.com.

Eron Z. Cannon, Esq.
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, suite 350
Las Vegas, NV 89113
eron.cannon@mccormickbarstow.com

Attorneys for Plaintiffs Allstate Insurance Company,
Allstate Property & Casualty Insurance Company, Allstate
Indemnity Company, and Allstate Fire & Casualty Insurance Company

J. Mitchell Cobeago, Esq.
THE COBEAGA LAW FIRM
550 East Charleston Blvd, #D
Las Vegas, NV 89104
mcobeaga@cotomlaw.com
Attorneys for Defendant Arthur Rossi, D.C.

Cory J. Hilton, Esq.
HILTON ENGLISH & ASSOCIATES
5545 S. Mountain Vista St, #E
Las Vegas, NV 89129
general@hiltonenglishlaw.com
Attorneys for Defendant Peter Mario Balle, D.C.

J. Mitchell Cobeaga
The Cobeaga Law Firm
550 E. Charleston Blvd.
Suite D
Las Vegas, NV 89104
mcobeaga@cotomlaw.com
Attorneys for Defendant Arthur Rossi, D.C.

/ / /

/ / /

/ / /

- 4 -

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9080 West Post Road, Suite 100
Las Vegas, NV 89148
(702) 382-1500

Jennifer Micheli
David J. Mortensen
Alverson Taylor Mortensen & Sanders
7401 West Charleston Boulevard
Las Vegas, NV 89117
efile@alversontaylor.com
Attorneys for Defendants Dennis Ramsey; Ramsey & Associates

Dennis L. Kennedy
Paul C. Williams
BAILEY KENNEDY
8984 Spanish Ridge Ave
Las Vegas, NV 89148
dkennedy@baileykennedy.com
pwiliams@baileykennedy.com
Co-counsel for Plaintiffs Allstate Insurance Company,
Allstate Property & Casualty Insurance Company, Allstate
Indemnity Company, and Allstate Fire & Casualty Insurance Company

Karen H. Ross
The Law Office of Karen H. Ross
9480 S. Eastern Ave
Suite 220
Las Vegas, NV 89123
karenross@khrlawgroup.com
Attorneys for Defendant Accident Injury Medical Center, Inc.

E. Breen Arntz
E. Breen Arntz, Chtd.
5545 S. Mountain Vista Street
Suite D
Las Vegas, NV 89120
breen@mac.com
Attorney for Defendant Peter Mario Balle

Cory J. Hilton
Hilton English & Associates
5545 South Mountain Vista Street
Suite E
Las Vegas, NV 89120
general@hiltonenglishlaw.com
Attorneys for Defendant Sabstian P. Balle, M.D.

_____
An employee of
LIPSON NEILSON COLE SELTZER GARIN, P.C.

- 5 -