C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 001891
HUNTERTON & ASSOCIATES
627 So. 7th Street
Las Vegas, Nevada 89101
(702) 388-0098

Attorney for Defendant Sebastian P. Balle, M.D.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASULATY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>Vs.<br><br>PETER MARIO BALLE, D.C., SEBASTIAN P. BALLE, M.D. ARTHUR ROSSI, D.C., RICHARD CHARETTE, ELITE ATL, LLC., ACCIDENT INJURY MEDICAL CENTER, INC., ACCIDENT TRIAL LAWYERS, LLC.; REAL TIME MARKETING, INC., EXPERT MANAGEMENT, INC., ANDREW TAYLOR, RAMSEY AND ASSOCIATES, INC., and DENNIS RAMSEY,<br><br>Defendants. | CASE NO. 2:10-CV-02205-KJD-RJJ<br><br>SUBSTITUTION OF ATTORNEYS |

SEBASTIAN P. BALLE, M.D., Defendant herein, hereby substitutes the firm of HUNTERTON & ASSOCIATES as attorney of record in the place and stead of HILTON

WILLIAMS & ASSOCIATES in the above-entitled matter.

DATED this 29TH day of October, 2012.

_____
SEBASTIAN P. BALLE

I consent to the above substitution.

DATED this 5th day of November, 2012.

HILTON WILLIAMS & ASSOCIATES

_____
Cory J. Hilton
5545 S. Mountain Vista St. #F
Las Vegas, NV 89120

I accept the above substitution.

DATED this 29 day of Oct., 2012.

HUNTERTON & ASSOCIATES

_____
C. Stanley Hunterton
627 So. 7th St.
Las Vegas, NV 89101
Counsel for Defendant Sebastian P. Balle, M.D.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 6, 2012