C. STANLEY HUNTERTON, ESQ.
Nevada Bar No. 001891
HUNTERTON & ASSOCIATES
627 So. 7th Street
Las Vegas, Nevada 89101
(702) 388-0098

Attorney for Defendant Sebastian P. Balle, M.D.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, )
ALLSTATE PROPERTY & CASUALY )
INSURANCE COMPANY, ALLSTATE )     CASE NO. 2:10-CV-02205-KJD-RJJ
INDEMNITY COMPANY and )
ALLSTATE FIRE & CASUALTY )         SUBSTITUTION OF ATTORNEYS
INSURANCE COMPANY, )
                       )
        Plaintiffs, )
                       )
    Vs. )
                       )
PETER MARIO BALLE, D.C., )
SEBASTIAN P. BALLE, M.D. ARTHUR )
ROSSI, D.C., RICHARD CHARETTE, )
ELITE ATL, LLC., ACCIDENT INJURY )
MEDICAL CENTER, INC., ACCIDENT )
TRIAL LAWYERS, LLC.; REAL TIME )
MARKETING, INC., EXPERT )
MANAGEMENT, INC., ANDREW )
TAYLOR, RAMSEY AND ASSOCIATES,)
INC., and DENNIS RAMSEY, )
                       )
      Defendants. )

SEBASTIAN P. BALLE, M.D., Defendant herein, hereby substitutes the firm of

HUNTERTON & ASSOCIATES as attorney of record in the place and stead of HILTON

WILLIAMS & ASSOCIATES in the above-entitled matter.

DATED this 29TH day of _October_, 2012.

_____
SEBASTIAN P. BALLE

I consent to the above substitution.

DATED this 5th day of _November_, 2012.

HILTON WILLIAMS & ASSOCIATES

_____
Cory J. Hilton
5545 S. Mountain Vista St. #F
Las Vegas, NV 89120

I accept the above substitution.

DATED this 29 day of _Oct._, 2012.

HUNTERTON & ASSOCIATES

_____
C. Stanley Hunterton
627 So. 7th St.
Las Vegas, NV 89101
Counsel for Defendant Sebastian P. Balle, M.D.

## IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___November 6, 2012___