LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN (Bar No. 6653)
SHANNON D. NORDSTROM (Bar No. 8211)
DANIELLE A. KOLKOSKI (Bar No. 8506)
9080 W. Post Road, Suite 100
Las Vegas, Nevada 89148
(702)382-1500 Phone
(702) 382-1512 Facsimile
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com
dkolkoski@lipsonneilson.com

Attorneys for Defendants Andrew Taylor and
Accident Trial Lawyers, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,

Plaintiffs,

vs.

PETER MARIO BALLE, D.C.,
SEBASTIAN P. BALLE, M.D., ARTHUR
ROSSI, D.C., RICHARD CHARETTE,
ELITE ATL, LLC., ACCIDENT INJURY
MEDICAL CENTER, INC., ACCIDENT
TRIAL LAWYERS, LLC, ACCIDENT TRIAL
LAWYERS, INC., REAL TIME
MARKETING, INC., EXPERT
MANAGEMENT, INC., ANDREW TAYLOR ,
RAMSEY AND ASSOCIATES, INC., and
DENNIS RAMSEY,

Defendants.

CASE NO.: 2:10-cv-02205

**ORDER ON MOTION FOR
DETERMINATION OF GOOD FAITH
SETTLEMENT**

Defendants ANDREW TAYLOR and ACCIDENT TRIAL LAWYERS, LLC's (collectively referred to as "Taylor/ATL, LLC") Motion for Determination of Good Faith Settlement came on for hearing on November 6, 2012 at 9:00 a.m., having been joined by Plaintiffs; the Court receiving no opposition to the Motion; no parties appearing at the time of the hearing with opposition; the Court having considered the factors under *The Doctors Company v. Vincent*

///

case, as well as other authority cited in the Motion; the Court finding that the settlement amount and terms were just and reasonable; and good cause appearing:

IT IS HEREBY ORDERED that Defendants Taylor/ATL, LLC's Motion for Determination of Good Faith Settlement is GRANTED;

IT IS ORDERED that the settlement reached is found to be just and reasonable, and entered into in good faith; and

IT IS ORDERED that Taylor/ATL, LLC be afforded all protections of Nevada Revised Statute 17.245 with the granting of this Motion.

DATED this 8 day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LIPSON NEILSON COLE SELTZER & GARIN, P.C.

By: _____
JOSEPH P. GARIN (Bar No. 6653)
SHANNON D. NORDSTROM (Bar No. 8211)
DANIELLE A. KOLKOSKI (Bar No. 8506)
9080 W. Post Road, Suite 100
Las Vegas, Nevada 89148

Attorneys for Defendants Andrew Taylor and Accident Trial Lawyers, LLC