Bruce W. Kelley
Nevada Bar No. 7331
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Telephone:  (702) 243-7000
Facsimile:  (702) 243-7059
bkelley@awslawyers.com

Eron Z. Cannon
Nevada Bar No. 8013
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101
eron.cannon@mccormickbarstow.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER MARIO BALLE, D.C., SEBASTIAN P. BALLE, M.D., ARTHUR ROSSI, D.C., RICHARD CHARETTE, ELITE ATL, LLC., ACCIDENT INJURY MEDICAL CENTER, INC., ACCIDENT TRIAL LAWYERS, LLC., ACCIDENT TRIAL LAWYERS, INC., REAL TIME MARKETING, INC., EXPERT MANAGEMENT, INC., ANDREW TAYLOR, RAMSEY AND ASSOCIATES, INC., and DENNIS RAMSEY,<br><br>Defendants. | CASE NO.: 2:10-cv-02205-APG-NJK<br><br>**ORDER ON PLAINTIFFS' RENEWED MOTION TO COMPEL AND FOR SANCTIONS FOR DEFENDANT ACCIDENT INJURY MEDICAL CENTER, INC.'S FAILURE TO PRODUCE A QUALIFIED 30(b)(6) DEPONENT** |

The matter of Plaintiffs' Renewed Motion to Compel and for Sanctions for Defendant Accident Injury Medical Center, Inc.'s Failure to Produce A Qualified 30(b)(6) Deponent (#242)

came on regularly for hearing on July 12, 2013 before Magistrate Judge Nancy J. Koppe in Courtroom 3D. After reviewing the moving and responsive papers on file as well as entertaining oral argument thereon, the Court made the following rulings:

1. Plaintiffs Motion is hereby GRANTED.

2. Defendants are ordered to produce an educated Ms. Soares who is a proper 30(b)(6) witness or to produce a witness other than Ms. Soares who is a proper 30(b)(6) witness.

3. Plaintiffs will have seven (7) additional hours in which to conduct the 30(b)(6) deposition of Defendant AIM in this matter.

4. Plaintiffs shall look through those topics to see if they were fully responded to by Ms. Soares and file a document with the Court through cm/ecf not later than 7/16/13.

5. Should the Defendants believe that any of the categories of information sought by Plaintiffs 30(b)(6) deposition of AIM are unclear, Defendants are ordered to speak with Plaintiffs counsel in advance of the deposition in order to ensure that the 30(b)(6) witness produced is properly educated.

6. Plaintiffs shall submit a Motion to the Court which lays out with specificity all sanctions sought as well as the documentation for those sanctions by no later than July 19, 2013. Thereafter, the Defendants will have one week to file any objections.

Based on the foregoing, and good cause appearing therefore,

**IT IS HEREBY ORDERED.**

DATED this 25 of July 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge

Submitted by:

ATKIN WINNER & SHERROD

//s// Bruce William Kelley
Bruce William Kelley
Nevada Bar No. 7331
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Plaintiffs

Approved by:

E. BREEN ARNTZ, CHTD.

_____
E. Breen Arntz
Nevada Bar No. 3853
5545 Mt. Vista, Ste. D
Las Vegas, Nevada 89120
Attorneys for Defendants

Approved by:

LAW OFFICE OF KAREN H. ROSS

_____
Karen H. Ross
Nevada Bar No. 9299
9480 South Eastern Avenue, Suite 220
Las Vegas, Nevada 89123
Attorneys for Defendants