**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, *et al*, | Case No. 2:10-cv-02205-APG-NJK |
| Plaintiffs, | |
| v. | **O R D E R** |
| PETER MARIO BALLE, *et al.*, | |
| Defendants. | |

Presently before the Court is the Motion for Reconsideration and/or Motion to Amend Order [Dkt. #189] filed by Defendant Accident Injury Medical Center, Inc. ("AIM"). AIM seeks relief from Magistrate Judge Koppe's Minute Order [Dkt. #183] granting several motions to compel [Dkt. Nos. 123, 124, and 125]. Local Rule IB3-1 provides that "a district judge may reconsider any pretrial matter referred to a magistrate judge … where it has been shown that the magistrate judge's ruling is clearly erroneous or contrary to law." Magistrate Judge Koppe's Order is not clearly erroneous or contrary to law. Nor has AIM offered sufficient grounds for relief under Fed. R. Civ. Pro. 60(b)(1). Accordingly,

**IT IS HEREBY ORDERED** that AIM's Motion for Reconsideration and/or Motion to Amend [Dkt. #189] is DENIED. In addition, Plaintiffs' Request for Status Hearing [Dkt. #238], is DENIED without prejudice. Magistrate Judge Koppe will decide whether it is worthwhile to

///

///

conduct a status hearing or oral argument on Plaintiffs' Motion to Enforce her Minute Order [Dkt. 184].

DATED this 15th day of August, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2