# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | |
| Plaintiff(s), | Case No. 2:10-cv-02205-APG-NJK |
| vs. | ORDER RE: MOTION TO STRIKE |
| PETER MARIO BALLE, DC, et al., | |
| Defendant(s). | (Docket No. 358) |

Pending before the Court is a motion to strike.  Docket No. 358.  The Court hereby **ORDERS** that any response be filed no later than January 2, 2014, and any reply be filed no later than January 9, 2014.[1]

IT IS SO ORDERED.

DATED: December 23, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court expects strict adherence to the briefing schedule ordered herein.  The Court advises the parties that they must comply with the deadlines ordered herein regardless of the content of any conflicting dates automatically generated on the docket by the CM/ECF system.  *See, e.g.*, *Carrillo v. B&J Andrews Enterps., LLC*, 2013 U.S. Dist. Lexis 22010, *2 (D. Nev. Feb. 19, 2013) ("The notice automatically generated when a party electronically files is not a court order").