UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, et al., )
                                    )
         Plaintiffs,                 )   Case No. 2:10-cv-02205-APG-NJK
                                    )
vs.                                 )
                                    )   **O R D E R**
PETER MARIO BALLE D.C., et al.,     )
                                    )
         Defendants.                 )
_____)

The parties represent to the Court that they have concluded three days of the trial examination of Defendant Arthur Rossi, D.C. The examination, however, is not yet completed and the parties require additional time. The penitentiary where Dr. Rossi is currently located, Florence Penitentiary of Florence, Colorado, has notified the parties that Tuesday, February 4, 2014, from 8:00 a.m. to 3:00 p.m. is the only time available to complete the examination of Dr. Rossi. Accordingly, it is hereby ordered that Defendant Arthur Rossi, D.C., is to appear on Tuesday, February 4, 2014, from 8:00 a.m. to 3:00 p.m. for the completion of his trial deposition testimony via video conference. *See* Fed.R.Civ.P. 30(a)(2)(B).

IT IS SO ORDERED.

DATED: January 31, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge