**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | )<br>) |
| Plaintiffs, | )<br>) Case No. 2:10-cv-02205-APG-NJK |
| vs. | ) ORDER SEALING DOCKET NOS.<br>) 444, 446, and 447 |
| PETER MARIO BALLE, et al., | )<br>) |
| Defendants. | )<br>) |

It has come to the Court's attention that the Docket Nos. 444, 446, and 447, each contain specific terms of confidential settlement discussions. Such information is traditionally kept secret for policy reasons and, additionally, the Court has already found that this information warrants sealing in this case. *See* Docket No. 438. Accordingly, the Court hereby **ORDERS** that Docket Nos. 444, 446, and 447 be sealed.

IT IS SO ORDERED.

DATED: February 27, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge