UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER MARIO BALLE, D.C. et al.,<br><br>Defendants. | 2:10-cv-02205-APG-NJK<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR CLARIFICATION CONCERNING CHIROPRACTIC PHYSICIAN'S BOARD OF NEVADA |

Pending before the Court is Plaintiffs' Motion for Clarification Concerning Chiropractic Physician's Board of Nevada Subpoena. Docket No. 453. The Court does not require a response from Defendants. The Court finds this motion appropriately resolved without oral argument. *See* Local Rule 78-2.

The motion concerns issues relating to a subpoena issued to Plaintiffs by the Chiropractic Physicians' Board of Nevada. Docket No. 453-2. The subpoena was issued pursuant to Nev.Rev.Stat.Ann. § 634.196, and was not issued by this Court. Docket No. 453, at 4; Docket No. 453-2. This Court has no authority over either the subpoena or the Board. Further, the motion clearly establishes that the Nevada District Court, and not federal court, is the appropriate venue for seeking remedies regarding the subpoena. Docket No. 453, at 4.

. . . .

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Clarification Concerning Chiropractic Physician's Board of Nevada Subpoena, Docket No. 453, is **DENIED.**

DATED this __14th__ day of March, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge