UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PETER MARIO BALLE, D.C., et al., <br><br> Defendants. | Case No. 2:10-cv-02205 -APG-NJK <br><br> **ORDER** |

On February 3, 2014, Magistrate Judge Koppe conducted a settlement conference. The Minutes for that conference reflect the following: "One final defendant remains, and Mr. Cannon will file papers regarding that defendant." [Dkt. #435.] In Magistrate Judge Koppe's March 17, 2014 Minute Order, Judge Koppe ordered that "all dismissal papers regarding all remaining Defendants" be filed no later than March 21, 2014. [Dkt. #455.] On March 19, 2014, the parties filed Stipulations to dismiss all remaining defendants except Elite ATL, LLC, Richard Charette, Real Time Marketing, Inc., and Expert Management, Inc. **On or before March 21, 2014**, dismissal papers regarding those remaining defendants shall be filed. If not, the Court will conduct a hearing on **March 27, 2014 at 2:30 p.m.**, at which Plaintiffs can show cause, if any they have, why the case should not be dismissed as to those remaining defendants.

Dated: March 20, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE