UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | Case No. 2:10-cv-02205-APG-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| PETER MARIO BALLE, D.C., et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Motion for Clarification (Dkt. #463), the Court will vacate the March 27, 2014 show cause hearing. By March 27, 2014, Plaintiffs shall file either applications for default judgment or a motion to dismiss with regard to defendants Elite ATL, LLC, Richard Charette, Real Time Marketing, Inc. and Expert Management, Inc.

Dated: March 21, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE