UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER MARIO BALLE, D.C., SEBASTIAN P. BALLE, M.D., ARTHUR ROSSI, D.C., RICHARD CHARETTE, ELITE ATL, LLC., ACCIDENT INJURY MEDICAL CENTER, INC., ACCIDENT TRIAL LAWYERS, LLC., ACCIDENT TRIAL LAWYERS, INC., REAL TIME MARKETING, INC., EXPERT MANGEMENT, INC., ANDREW TAYLOR, RAMSEY AND ASSOCIATES, INC., and DENNIS RAMSEY,<br><br>Defendants. | Case No. 2:10-CV-02205-KJD-RJJ<br><br>ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT AND ENTERING JUDGMENT AGAINST DEFENDANTS RICHARD CHARETTE, ELITE ATL, LLC, REAL TIME MARKETING, INC., AND EXPERT MANAGEMENT, INC. |

Having reviewed the written submissions of the Plaintiffs, the Court hereby GRANTS the Plaintiffs' Application for Default Judgment against Defendants Richard Charette, Elite ATL, LLC, Real Time Marketing, Inc., and Expert Management, Inc., and ORDERS as follows:

It is ORDERED and ADJUDGED that Plaintiffs recover from Defendants Richard Charette, Elite ATL, LLC, Real Time Marketing, Inc., and Expert Management, Inc., jointly and severally, treble compensatory damages in the amount of $926,149.71 (based on actual damages of $308,716.57), plus pre-judgment interest pursuant to N.R.S. § 17.130 at 5.25% from November 8, 2011 through June 2, 2014, in the amount of $124,820.88. Plaintiffs' recovery shall be offset by the cumulative settlements with co-Defendants in this litigation. It is therefore ORDERED and ADJUDGED that the Plaintiffs are entitled to a net recovery of $175,970.59 from Defendants Richard Charette, Elite ATL, LLC, Real Time Marketing, Inc., and Expert Management, Inc., jointly and severally, after offset for settlements.

It is further ORDERED and ADJUDGED that Plaintiffs recover from Defendant Richard Charette punitive damages in the amount of $926,149.71.

It is further ORDERED and ADJUDGED that Plaintiffs recover post-judgment interest from Defendants Richard Charette, Elite ATL, LLC, Real Time Marketing, Inc., and Expert Management, Inc., jointly and severally on the $175,970.59 compensatory damages award, and individually on the $926,149.71 punitive damages award against Defendant Richard Charette. Post-judgment interest shall accrue on all sums in this Judgment at the rate of .10%, as determined by the weekly average 1-year constant maturity Treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week of May 30, 2014. Post-judgment interest shall accrue from the date of entry of this Judgment, and shall be computed daily to the date of payment, and shall be compounded annually.

It is further ORDERED and ADJUDGED that Plaintiffs recover costs, jointly and severally, from Defendants Richard Charette, Elite ATL, LLC, Real Time Marketing, Inc., and Expert Management, Inc.

This is a final judgment but is without prejudice to the Plaintiffs' right to move for an award of attorney fees as permitted by Federal Rule of Civil Procedure 54(d)(2) and Local Court Rule 54-16.

DATED: June 11, 2014.

_____
Andrew P. Gordon
UNITED STATES DISTRICT JUDGE